UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | Criminal Case No. 11-142 (RCL) |
| SHELLY S. SINGHAL,<br>LORETTA FREDY BUSH, and<br>DENNIS L. PELINO<br>  Defendants. | ) ) ) ) ) ) | |

## ORDER CONTINUING ARRAIGNMENT

This Cause is before the Court on Defendant Shelly S. Singhal's Motion for Continuance of Arraignment. For good cause shown, it is hereby:

ORDERED that defendant's Motion is GRANTED. The arraignment in this case is reset for May 24, 2011, at 10:30 a.m.

SO ORDERED, this 16th day of May, 2011.

/s/
Royce C. Lamberth
Chief United States District Judge

1