UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHELLY S. SINGHAL,<br>LORETTA FREDY BUSH,<br>DENNIS L. PELINO,<br>    Defendants. | Crim. No. 11-cr-142 (RCL) |

## ORDER

Upon consideration of Defendant Loretta Fredy Bush's Unopposed Motion for Leave to Travel and for Permission to Change Location of Residency, the Motion is hereby GRANTED.

It is further ordered that Defendant Bush's conditions of release are hereby amended as follows:

(1) The Pretrial Services Agency office in Honolulu is authorized forthwith to return Ms. Bush's passport to her;

(2) Ms. Bush is authorized to travel from Honolulu to the San Francisco Bay area, via Vancouver, British Columbia, during the period of approximately September 22, 2012 to October 12, 2012;

(3) Within seventy-two (72) hours of her arrival in the San Francisco Bay area, Ms. Bush must report by telephone to one of the Pretrial Services Agency offices in the Northern District of California (San Francisco, Oakland, or San Jose), and report in person as thereafter directed by that Office; and

(4) Ms. Bush is to surrender her passport to the Pretrial Services Agency office in the Northern District of California that assumes responsibility for her supervision.

SO ORDERED.

August 30, 2012

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
Chief Judge
United States District Court